Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made on Account of the Death of FLOYD E. WHITTEMORE, Deceased, by

CHARLES E. WHITTEMORE, Father; and the Claim of GERTRUDE A. WHITTE-MORE, Mother, Respondent, v. BINGHAMTON LIGHT, HEAT AND POWER COMPANY, Employer, and UTILITIES MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.